# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** July 27, 2023

**CASE OF:** IN RE: CODE FOR RESOLVING PROFESSIONALISM REFERRALS AND AMENDMENTS TO RULE REGULATING THE FLORIDA BAR 6-10.3

**DOCKET NO.:** SC2023-0884

**OPINION FILED:** July 6, 2023

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 8, line 29, the letter "t" in the term, "Rules Regulating The Florida Bar" was capitalized.

On page 8, line 30, the letter "I" in the word, "instances" was changed to lowercase.

On page 9, line 9, the term, "LLP" was changed to "LPP" in the last sentence of the section.

On page 25, lines 5-7, the sentence, "7.6 In contractual and business negotiations, a lawyer client concerning what is reasonable and customary under the circumstances." was changed to "7.6 In contractual and business negotiations, a lawyer should counsel a client concerning what is reasonable and customary under the circumstances."

**SIGNED: OPINION CLERK**